**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

MIRANDA WILT, individually and as     §
guardian of A.W. and R.W.,            §
                                      §
    Plaintiff,                     §
                                      §
v.                                    §     Case No. 6:24-cv-375-JDK-KNM
                                      §
WHITEHOUSE INDEPENDENT                §
SCHOOL DISTRICT,                      §
                                      §
    Defendant.                     §

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Miranda Wilt, proceeding pro se, filed this lawsuit against Defendant Whitehouse Independent School District, asserting violations of the IDEA, the ADA, the FDCPA, Title IX, and several federal criminal statutes. Docket No. 7. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

The Court previously dismissed all of Plaintiff's claims, except for Plaintiff's ADA claim, which she asserts solely on behalf of her minor children. Docket No. 19; Docket No. 36 at 1. On June 3, 2026, Judge Mitchell issued a Report and Recommendation concluding that Plaintiff lacks standing to litigate the remaining ADA claim pro se and therefore recommending that the Court *sua sponte* dismiss Plaintiff's remaining claims for lack of jurisdiction. Docket No. 37. No objections were filed, and the time for filing objections has passed.

1

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendations, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 37) as the opinion of this Court. Accordingly, Plaintiff's remaining claims are **DISMISSED without prejudice**.

So **ORDERED** and **SIGNED** this **14th** day of  **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2